# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Jeremy Laird,<br><br>    Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Respondents. | No. CV-17-00482-PHX-JAT (BSB)<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation (R&R) (Doc. 10) from Magistrate Judge Bade recommending that Petitioner's motion to stay (Doc. 3) be granted. Neither party has filed objections to the R&R. Accordingly, this Court will accept the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Therefore,

**IT IS ORDERED** that the R&R (Doc. 10) is accepted; the motion to stay (Doc. 3) is granted.

**IT IS FURTHER ORDERED** that no later than June 26, 2017, Petitioner must inform the Court of the status of his proceeding in state court. Petitioner must diligently pursue his state remedies. Every ninety days after the filing of the initial status report,

Petitioner must file a report regarding the status of the state court proceedings and must file a notice within <u>thirty days</u> after the state court review is completed.

Dated this 24th day of May, 2017.

James A. Teilborg
Senior United States District Judge